Armida G. CHAVEZ, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2009–3195.

United States Court of Appeals,
Federal Circuit.

July 17, 2009.

*ORDER*

On June 12, 2009, the court issued an order allowing 21 days for Armida G. Chavez to show cause on why his appeal should not be dismissed as untimely. Chavez has not responded within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

Pedro P. DEL ROSARIO,
Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2009–7058.

United States Court of Appeals,
Federal Circuit.

July 17, 2009.

Before MAYER, Circuit Judge.

ON MOTION

*ORDER*

Upon consideration of Pedro P. Del Rosario's motion for reconsideration of the court's order dismissing his appeal for failure to file a brief,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated.

(2) The Secretary of Veterans Affairs' brief is due within 40 days of the date of filing of this order